# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>ALEXIS PEREZ SUAREZ<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No. 1:25-mj-0243-CDA |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
8:37 am, Feb 07 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 11, 2025** in the county of **and city of Baltimore** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49 U.S.C. §§ 46306(b)(6) | Knowing and willful operation of an unregistered aircraft when that aircraft is required to be registered with the Federal Aviation Administration; |
| Title 49 U.S.C. § 46306 (b)(7) | Knowing and willful operation of an aircraft without an airmans certificate that authorizes the individual to serve in that capacity, when possessing such an airman certificate is required; and |
| Title 49, U.S.C. § 46307 | Knowing or willful violation of national defense airspace. |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_David A. Rodski_
Complainant's signature

FBI Special Agent David A. Rodski
Printed name and title

Sworn to before me and signed in my presence.

Date: February 6, 2025 ~~02/06/2025~~

City and state: Baltimore, Maryland

_[signature]_
Judge's signature

Hon. Charles D. Austin, U.S. Magistrate Judge
Printed name and title